IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENCH WALK LIGHTING LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>OSRAM SYLVANIA, INC.; OSRAM LICHT AG; OSRAM GMBH; OSRAM OPTO SEMICONDUCTORS GMBH & CO.; OSRAM OPTO SEMICONDUCTORS, INC.; LEDVANCE GMBH; LEDVANCE LLC; LED ENGIN, INC.,<br><br>*Defendants*. | C.A. No. 18-1732-RGA |

**DEFENDANTS OSRAM SYLVANIA, INC., OSRAM OPTO SEMICONDUCTORS, INC. AND LEDVANCE LLC'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Fed. R. Civ. Proc. 12(b)(6), defendants OSRAM Sylvania, Inc.; OSRAM Opto Semiconductors, Inc.; and LEDVANCE LLC (collectively, "Defendants") respectfully move the Court to dismiss the following claims set forth in the plaintiff's First Amended Complaint (D.I. 13):

1. Indirect infringement (Counts 1-14)

2. Willful infringement (Counts 1-14)

3. Direct infringement (Counts 1, 2, 3, 4, 8, 10, and 14).

The grounds for this motion are fully set forth in Defendants' opening brief submitted contemporaneously herewith.

WHEREFORE, Defendants respectfully request that the Court enter the attached order granting this motion.

OF COUNSEL:
Srikanth K. Reddy
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1209

/s/ John W. Shaw
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendants OSRAM Sylvania, Inc., OSRAM Opto Semiconductors, Inc., and LEDVANCE LLC*

Dated: May 24, 2019

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENCH WALK LIGHTING LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>OSRAM SYLVANIA, INC.; OSRAM<br>LICHT AG; OSRAM GMBH; OSRAM<br>OPTO SEMICONDUCTORS GMBH<br>& CO.; OSRAM OPTO<br>SEMICONDUCTORS, INC.; LEDVANCE<br>GMBH; LEDVANCE LLC; LED ENGIN,<br>INC.,<br><br>*Defendants*. | C.A. No. 18-1732-RGA |

**[PROPOSED] ORDER GRANTING DEFENDANTS**
**OSRAM SYLVANIA, INC., OSRAM OPTO SEMICONDUCTORS, INC.**
**AND LEDVANCE LLC'S PARTIAL MOTION TO DISMISS**

At Wilmington this ____ day of _____, 2019, having considered defendants

OSRAM Sylvania, Inc.; OSRAM Opto Semiconductors, Inc.; and LEDVANCE LLC's Partial

Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), and

all papers and argument submitted therewith;

IT IS HEREBY ORDERED that the Motion is GRANTED as follows:

1.  The claims for indirect infringement set forth in Counts 1-14 are DISMISSED

2.  The claims for willful infringement set forth in Counts 1-14 are DISMISSED

3.  The claims for direct infringement set forth in Counts 1, 2, 3, 4, 8, 10, and 14 are

    DISMISSED.

 

 
_____
United States District Judge