# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENCH WALK LIGHTING LLC, § <br> §<br> Plaintiff, §<br> §<br> v. §<br> § CIVIL ACTION NO. 18-1732-RGA<br> §<br>OSRAM SYLVANIA, INC.; OSRAM §<br>LICHT AG; OSRAM GMBH; OSRAM §<br>OPTO SEMICONDUCTORS GMBH & CO.; §<br>OSRAM OPTO SEMICONDUCTORS, INC.; §<br>LEDVANCE GMBH; LEDVANCE LLC; §<br>LED ENGIN, INC., §<br> §<br> Defendants. § | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE withdraw the appearances of Victor Hardy, William Parrish, and Henning Schmidt of Hardy Parrish Yang, LLP on behalf of Plaintiff, Bench Walk Lighting LLC ("BWL") in the above-captioned action. BWL will continue to be represented by Grant & Eisenhofer P.A.

Dated: July 29, 2019

Respectfully Submitted,

*/s/ Kimberly A. Evans*
Eric J. Evain (# 3729)
Kimberly A. Evans (# 5888)
Edward M. Lilly (# 3967)
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100
eevain@gelaw.com
kevans@gelaw.com
elilly@gelaw.com

*Attorneys for Plaintiff Bench Walk Lighting LLC*