IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENCH WALK LIGHTING LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>OSRAM SYLVANIA, INC.; OSRAM LICHT AG; OSRAM GMBH; OSRAM OPTO SEMICONDUCTORS GMBH & CO.; OSRAM OPTO SEMICONDUCTORS, INC.; LEDVANCE GMBH; LEDVANCE LLC; LED ENGINE, INC.<br><br>*Defendants*. | C.A. No. 18-1732-RGA |

**STIPULATION OF DISMISSAL**

This stipulation is made by and between Plaintiff Bench Walk Lighting LLC ("Plaintiff") and Defendants OSRAM Sylvania, Inc., OSRAM Licht AG, OSRAM GmbH, OSRAM Opto Semiconductors GmbH & Co., OSRAM Opto Semiconductors Inc., LEDVANCE GmbH, LEDVANCE LLC and LED ENGINE, Inc. (collectively, "Defendants").

WHEREAS, through a complaint filed on November 2, 2018 and then amended on May 10, 2019, Plaintiff filed an action for patent infringement against Defendants this District alleging that Defendants infringe United States Patent Nos. 6,325,524; 6,806,658; 7,115,428; 7,145,182; 7,239,080; 7,470,936; 7,488,990; 7,519,287; 7,847,300; 8,034,644; 8,405,181; 9,209,373; 9,882,094; and 9,887,338; and

WHEREAS, Plaintiff and Defendants have agreed to the terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a confidential Settlement Agreement ("the Agreement");

IT IS HEREBY STIPULATED AND AGREED through their undersigned counsel of record, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and in consideration of the Agreement, Plaintiff and Defendants agree and stipulate to the following:

1. All claims of Plaintiffs are hereby dismissed with prejudice;

2. Plaintiff and Defendants shall each bear their own costs and attorney fees;

3. The Court shall retain jurisdiction over the parties and this action to the extent necessary to enforce the terms of the Agreement.

Dated: October 30, 2019

*/s/ Eric J. Evain*

Eric J. Evain (# 3729)
eevain@gelaw.com
Edward M. Lilly (# 3967)
elilly@gelaw.com
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100

*Attorneys for Plaintiff*

Respectfully Submitted,

*/s/ John W. Shaw*

John W. Shaw (No. 3362)
Nathan Roger Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendants*

IT IS SO ORDERED, this _____ day of _____, 2019.

_____
United States District Judge